# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| STEPHEANIE LAFOLLETTE ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:13-CV-00177-TCB |
| ) | |
| PROMETHEUS GROUP, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff and, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all claims against the Defendant PROMETHEUS GROUP, INC. in the above-styled civil action WITH PREJUDICE. Each party shall pay its own fees and costs.

This 13th day of January, 2014.

                                                                                                                      s/ Andrew Weiner
                                                                                                                       Andrew Weiner
Georgia Bar No. 808278
THE WEINER LAW FIRM LLC
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, GA 30305
404-254-0842 (tel.)
866-800-1482 (fax)
aw@atlantaemployeelawyer.com
Attorney for Plaintiff